■ RITA R. TOCA, Respondent, v PATHMARK SUPERMARKETS, INC., et al., Appellants, et al., Defendants. — Judgment, Supreme Court, New York County, entered April 8, 1980 after jury trial, which awarded plaintiff $30,000 compensatory damages against corporate defendant, Pathmark Supermarkets, Inc., and its employee Donald Gannon, plus punitive damages of $60,000 against Pathmark and $1,400 against Gannon, modified, on the law and on the facts, so as to vacate the award of punitive damages against ⁺he corporation and otherwise affirmed, without costs. On the basis of the

present record, we find no support for an award of punitive damages against the corporate defendant and believe that the substantial compensatory damage assessed against it are sufficient to compensate plaintiff for any wrong done by the corporation. Concur — Sullivan, Ross and Carro, JJ.

Fein, J. P., and Lupiano, J., dissent in a memorandum by Fein, J. P., as follows: In my view the evidence was sufficient to entitle plaintiff to an award of punitive damages against the corporate defendant. However, the jury's award of $30,000 compensatory damages and $60,000 punitive damages against the corporate defendant Pathmark Supermarkets, Inc., was excessive as to each. Compensatory damages of $20,000 and punitive damages of $10,000 should suffice. Accordingly the judgment should be reversed, on the law and the facts, and a new trial ordered on the issue of damages only, unless plaintiff stipulates to reduce the verdict to $20,000 compensatory damages and $10,000 punitive damages. In the event such stipulation is filed, the judgment as modified by the stipulation should be affirmed, without costs.